## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## CIVIL MINUTES

**Case No.:** 3:18-cv-321  **At:** Knoxville, TN  **Date:** February 6, 2019

**Style:** Walter Henry, et al., v. Knox County, Tennessee, et al.,

**Present Before**: Honorable Debra C. Poplin, United States Magistrate Judge

| Rachel Stone | Patti Antol | Ashley Arnold |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | **Law Clerk** |

| Jacob Edward Erwin | Amanda Lynn Morse<br>David Sanders |
|---|---|
| **Attorneys for Plaintiff** | **Attorneys for Defendant** |

**Proceedings:** The Court held a minor settlement hearing. Witnesses called before the Court. The Court will take this matter under advisement. Order to follow.

**Time:** 10:00 a.m. **to** 10:25 a.m.