# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| WALTER HENRY, *et al.*, | ) |
| | ) Case No. 3:18-cv-321 |
| *Plaintiffs*, | ) |
| | ) Judge Travis R. McDonough |
| v. | ) |
| | ) Magistrate Judge Debra C. Poplin |
| KNOX COUNTY, TENNESSEE, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

## ORDER

Before the Court are the parties' joint motions for approval of minor's settlement (Docs. 22, 30.) On October 30, 2018, United States Magistrate Judge Debra C. Poplin filed her report and recommendation pursuant to 28 U.S.C. § 636(b)(1). (Doc. 29.) Magistrate Judge Poplin recommended that the parties' joint motion for approval of minor settlement be granted. (*Id.*) Neither party has filed any objections to Magistrate Judge Poplin's report and recommendation.[1] Additionally, as noted by Magistrate Judge Poplin, the parties submit that the proposed settlement is fair and reasonable. (*Id.* at 8.) Nevertheless, the Court has conducted a review of the report and recommendation, as well as the record, and it agrees with Magistrate Judge Poplin's well-reasoned conclusions. Accordingly, the Court will **ACCEPT** and **ADOPT**

---

[1] Magistrate Judge Poplin specifically advised the parties that they had fourteen days in which to object to the report and recommendation and that failure to do so would waive their right to appeal. (Doc. 29, at 9 n.1); *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148–51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings"). Even taking into account the three additional days for service provided by Federal Rule of Civil Procedure 6(d), the period in which the parties could timely file any objections has now expired.

Magistrate Judge Poplin's report and recommendation (Doc. 29).  The parties' joint motions for settlement approval (Docs. 22, 30) are **GRANTED**.  The settlement is **APPROVED**.  The parties are **ORDERED** to submit a joint stipulation of dismissal within **thirty days** of the date of this Order.

      **SO ORDERED.**

                                              /s/ *Travis R. McDonough*
                                              **TRAVIS R. MCDONOUGH**
                                              **UNITED STATES DISTRICT JUDGE**